| | | |
|---|---|---|
| BRADLEY J. WALLER<br>KLEIN, STODDARD, BUCK, WALLER<br><br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178<br>(815) 748-0380 | The Honorable:<br>Chapter 7<br>Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: | BRUCE W. BLACK<br><br>Will County Court Annex, 57 N Ottawa, Joliet, IL<br>11/13/2009<br>09:15am<br>/ / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BANAS, THOMAS
   BANAS, JILL N

Case No. 07-07945

Chapter 7

_____,
Debtors

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

  The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street
  Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee. If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

  Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 11/13/2009 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
  dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 10/02/2009        By: /s/BRADLEY J. WALLER
                                   Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178

**UST Form 101-7-NFR (9/1/2009)**

| | | |
|---|---|---|
| BRADLEY J. WALLER | The Honorable: | BRUCE W. BLACK |
| KLEIN, STODDARD, BUCK, WALLER | Chapter  7 | |
| | Location:  Will County Court Annex, 57 N Ottawa, Joliet, IL | |
| 2045 ABERDEEN COURT | Hearing Date: 11/13/2009 | |
| SYCAMORE, IL  60178 | Hearing Time: 09:15am | |
| (815) 748-0380 | Response Date: / / | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: BANAS, THOMAS  
      BANAS, JILL N

Case No. 07-07945

Chapter  7

_____,  
Debtors

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $  6,015.75 |
| *and approved disbursements of* | $  250.00 |
| *leaving a balance on hand of* [1] | $  5,765.75 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                      *Proposed Payment*  
                                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $  1,351.58 | $  100.00 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,328.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Capital Recovery One | $ 621.95 | $ 46.81 |
| 2 | Discover Bank/DFS-Services, LLC | $ 4,103.87 | $ 308.84 |
| 3 | American Express Centurion Bank | $ 5,087.89 | $ 382.89 |
| 4 | American Express Centurion Bank | $ 3,678.22 | $ 276.80 |
| 5 | Chase Bank USA | $ 2,788.88 | $ 209.87 |
| 6 | Chase Bank USA | $ 870.70 | $ 65.52 |
| 7 | Target National Bank | $ 470.01 | $ 35.37 |
| 8 | eCAST Settlement Corporation HSBC - Best Buy | $ 5,165.11 | $ 388.69 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 9 | Household Bank (SB), N.A. (Bon Ton) | $ 1,060.80 | $ 79.83 |
| 10 | eCAST Settlement Corporation HSBC Menards | $ 3,153.20 | $ 237.29 |
| 11 | eCAST Settlement Corporation HSBC Menards | $ 1,647.54 | $ 123.98 |
| 12 | LVNV Funding LLC its successors and assigns as Citibank | $ 7,900.23 | $ 594.52 |
| 13 | LVNV Funding LLC its successors and assigns as Citibank | $ 1,273.80 | $ 95.86 |
| 14 | LVNV Funding LLC its successors and assigns as Citibank | $ 2,490.01 | $ 187.38 |
| 15 | LVNV Funding LLC its successors and assigns as Citibank | $ 458.73 | $ 34.52 |
| 16 | LVNV Funding LLC its successors and assigns as Citibank | $ 507.35 | $ 38.18 |
| 17 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Cards | $ 4,892.73 | $ 368.20 |
| 18 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card | $ 5,368.39 | $ 403.99 |
| 19 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card | $ 5,788.81 | $ 435.63 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
                          Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

7945   Doc 35   Filed 10/02/09   Entered 10/02/09 11:01:11   Desc Main
Document   Page 8 of 9

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: csimmons            Page 1 of 2           Date Rcvd: Aug 06, 2007
Case: 07-07945                    Form ID: ntcftfc7         Total Served: 34
```

The following entities were served by first class mail on Aug 08, 2007.
```
db          +Thomas Banas,      2004 Sutton Court,    Joliet, IL 60435-0416
jdb         +Jill N Banas,      2004 Sutton Court,    Joliet, IL 60435-0416
aty         +John A Reed,    John A Reed Ltd,    63 W Jefferson St   #200,    Joliet, IL 60432-4335
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
             Sycamore, IL 60178-3140
cr          +Wells Fargo Financial Illinois, Inc.,   4137 121st Street,    Urbandale, IA 50323-2310
11339555     BP Gas,    PO Box 15298,    Wilmington, DE 19850-5298
11339552    +Bailey's Carpet,    629 Theodore St,    Joliet, IL 60403
11339558    +Carson Pirie Scott,    P.O. Box 20519,    Jackson, MS 39289-1519
11339561     Citgo Credit Card Center,    PO Box 689095,    Des Moines, IA 50368-9095
11339562    +Citibank,    P.O. Box 6000,    The Lakes, NV 89163-0001
11339563    +Citifinancial Services Inc.,    3078 Caton Farm Road,    Joliet, IL 60435-1488
11339565    +Fleet Services,    PO Box 5727,    Carol Stream, IL 60197-5727
11339567    +HSCC Retail Services,    1352 Charwood,    Suite A,    Hanover, MD 21076-3125
11339566    +Home Depot,    P.O. Box 689101,    Des Moines, IA 50368-9101
11339568    +Joliet Municipal Employees Fed C U,    818 E Cass St.,    Joliet, IL 60432-3039
11339569    +Julie Batson,    20561 W County Road,    Wilmington, IL 60481-7719
11339570     Kay Jewelers,    PO Box 1799,    Akron, OH 44309-1799
11339571     Menards,    P. O. Box 17602,    Baltimore, MD 21297-1602
11339572     Phillips 66,    P.O. Box 9141,    Des Moines, IA 50368-9141
11339573     Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
11339575     Shell Credit Card Center,    PO Box 689151,    Des Moines, IA 50368-9151
11339577    +Visa,    PO Box 30495,    Tampa, FL 33630-3495
11339578     Wells Fargo Bank,    PO Box 54180,    Los Angeles, CA 90054-0180
```

The following entities were served by electronic transmission on Aug 07, 2007.
```
cr          +EDI: WFFC.COM Aug 06 2007 23:17:00     Wells Fargo Financial Illinois, Inc.,   4137 121st Street,
             Urbandale, IA 50323-2310
11339550    +EDI: AMEREXPR.COM Aug 06 2007 23:17:00     American Express,   P.O. Box 360001,
             Ft Lauderdale, FL 33336-0001
11339551    +Fax: 815-744-1905 Aug 07 2007 03:38:20     American General Finance,   2149 W Jefferson Street,
             Joliet, IL 60435-6621
11339554    +EDI: CHASE.COM Aug 06 2007 23:17:00     Bank One/Chase,   P.O. Box 15145,
             Wilmington, DE 19850-5145
11339553     EDI: BANKAMER.COM Aug 06 2007 23:16:00     Bank of America,   P. O. Box 1390,
             Norfolk, VA 23501-1390
11339556     EDI: CAPITALONE.COM Aug 06 2007 23:16:00     Capital One Bank,   PO Box 60024,
             City Of Industry, CA 91716-0024
11339557    +EDI: CAPITALONE.COM Aug 06 2007 23:16:00     Capital One Services,   P.O. Box 30285,
             Salt Lake City, UT 84130-0285
11339558    +EDI: HFC.COM Aug 06 2007 23:17:00     Carson Pirie Scott,   P.O. Box 20519,
             Jackson, MS 39289-1519
11339559    +EDI: CHASE.COM Aug 06 2007 23:17:00     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
11339560    +EDI: CHASE.COM Aug 06 2007 23:17:00     Circuit City Visa,   PO Box 15678,
             Wilmington, DE 19885-0001
11339562    +EDI: CITICORP.COM Aug 06 2007 23:17:00     Citibank,   P.O. Box 6000,   The Lakes, NV 89163-0001
11339564     EDI: DISCOVER.COM Aug 06 2007 23:17:00     Discover Card Services,   P.O. Box 15192,
             Wilmington, DE 19850
11339571     EDI: HFC.COM Aug 06 2007 23:17:00     Menards,   P. O. Box 17602,   Baltimore, MD 21297-1602
11339573     EDI: HFC.COM Aug 06 2007 23:17:00     Retail Services,   P.O. Box 15521,
             Wilmington, DE 19850-5521
11339574    +EDI: TSYS.COM Aug 06 2007 23:16:00     Sam's Club,   P.O. Box 981064,   El Paso, TX 79998-1064
11339576    +EDI: WTRRNBANK.COM Aug 06 2007 23:17:00     Target,   P.O. Box 1327,   Minneapolis, MN 55440-1327
                                                                                              TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: csimmons           Page 2 of 2              Date Rcvd: Aug 06, 2007
Case: 07-07945                Form ID: ntcftfc7        Total Served: 34
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2007              Signature:    _Joseph Speetjens_