**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

In re: BANAS, THOMAS            Case No. 07-07945
       BANAS, JILL N

Chapter 7

                           Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $240,992.00           Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,314.17      Claims Discharged
                                                   Without Payment: $53,014.05

Total Expenses of Administration: $1,701.58

---

    3) Total gross receipts of $ 6,015.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,015.75 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,701.58 | 1,701.58 | 1,701.58 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 57,328.22 | 57,328.22 | 4,314.17 |
| **TOTAL DISBURSEMENTS** | $0.00 | $59,029.80 | $59,029.80 | $6,015.75 |

    4) This case was originally filed under Chapter 7 on May 01, 2007. The case was pending for 47 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2011           By: /s/BRADLEY J. WALLER
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE ACTION | 1141-000 | 6,000.00 |
| Interest Income | 1270-000 | 15.75 |
| **TOTAL GROSS RECEIPTS** | | **$6,015.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,351.58 | 1,351.58 | 1,351.58 |
| BRADLEY J. WALLER | 2200-000 | N/A | 100.00 | 100.00 | 100.00 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,701.58 | 1,701.58 | 1,701.58 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital Recovery One | 7100-000 | N/A | 621.95 | 621.95 | 46.81 |
| 2 | Discover Bank/DFS-Services, LLC | 7100-000 | N/A | 4,103.87 | 4,103.87 | 308.84 |
| 3 | American Express Centurion Bank | 7100-000 | N/A | 5,087.89 | 5,087.89 | 382.89 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 3,678.22 | 3,678.22 | 276.80 |
| 5 | Chase Bank USA | 7100-000 | N/A | 2,788.88 | 2,788.88 | 209.87 |
| 6 | Chase Bank USA | 7100-000 | N/A | 870.70 | 870.70 | 65.52 |
| 7 | Target National Bank | 7100-000 | N/A | 470.01 | 470.01 | 35.37 |
| 8 | eCAST Settlement Corporation HSBC - Best Buy | 7100-000 | N/A | 5,165.11 | 5,165.11 | 388.69 |
| 9 | Household Bank (SB), N.A. (Bon Ton) | 7100-000 | N/A | 1,060.80 | 1,060.80 | 79.83 |
| 10 | eCAST Settlement Corporation HSBC Menards | 7100-000 | N/A | 3,153.20 | 3,153.20 | 237.29 |
| 11 | eCAST Settlement Corporation HSBC Menards | 7100-000 | N/A | 1,647.54 | 1,647.54 | 123.98 |
| 12 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 7,900.23 | 7,900.23 | 594.52 |
| 13 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 1,273.80 | 1,273.80 | 95.86 |
| 14 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 2,490.01 | 2,490.01 | 187.38 |
| 15 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 458.73 | 458.73 | 34.52 |
| 16 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 507.35 | 507.35 | 38.18 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Cards | 7100-000 | N/A | 4,892.73 | 4,892.73 | 368.20 |
| 18 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card | 7100-000 | N/A | 5,368.39 | 5,368.39 | 403.99 |
| 19 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card | 7100-000 | N/A | 5,788.81 | 5,788.81 | 435.63 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 57,328.22 | 57,328.22 | 4,314.17 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-07945  
**Case Name:** BANAS, THOMAS  
BANAS, JILL N  
**Period Ending:** 04/05/11

**Trustee:** (330500)    BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 05/01/07 (f)  
**§341(a) Meeting Date:** 06/07/07  
**Claims Bar Date:** 11/06/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 210,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS | 1,215.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 600.00 | 0.00 | DA | 0.00 | FA |
| 5 | BOOKS & PICTURES | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | MISC JEWELRY | 400.00 | 0.00 | DA | 0.00 | FA |
| 7 | TWO TERM INSURANCE POLICIES | 2.00 | 0.00 | DA | 0.00 | FA |
| 8 | PENSION PLAN-IMRF | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | 2004 GMC DENALI | 28,475.00 | 0.00 | DA | 0.00 | FA |
| 10 | PREFERENCE ACTION | 0.00 | 6,000.00 | | 6,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 15.75 | FA |
| 11 | **Assets    Totals** (Excluding unknown values) | **$240,992.00** | **$6,000.00** | | **$6,015.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2008    **Current Projected Date Of Final Report (TFR):**    October 2, 2009 (Actual)

Printed: 04/05/2011 10:24 AM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07-07945  
**Case Name:** BANAS, THOMAS  
BANAS, JILL N  
**Taxpayer ID #:** **-***3397  
**Period Ending:** 04/05/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****29-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/07 | {10} | American Express check | Per court order of 11/09/2007 | 1141-000 | 6,000.00 | | 6,000.00 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.46 | | 6,002.46 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.74 | | 6,005.20 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.23 | | 6,006.43 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.11 | | 6,007.54 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.83 | | 6,008.37 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.75 | | 6,009.12 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.76 | | 6,009.88 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.76 | | 6,010.64 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.71 | | 6,011.35 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.78 | | 6,012.13 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.65 | | 6,012.78 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.47 | | 6,013.25 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 6,013.67 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,013.91 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 6,014.13 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,014.39 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,014.63 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 6,014.86 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,015.12 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,015.37 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,015.62 |
| 09/18/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.13 | | 6,015.75 |
| 09/18/09 | | To Account #********2966 | | 9999-000 | | 6,015.75 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **6,015.75** | **6,015.75** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 6,015.75 | |
| | | | **Subtotal** | | **6,015.75** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,015.75** | **$0.00** | |

{} Asset reference(s)

Printed: 04/05/2011 10:24 AM V.12.56

Case 07-07945    Doc 40    Filed 04/05/11    Entered 04/05/11 10:48:06    Desc Main
Document      Page 8 of 10

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-07945
**Case Name:** BANAS, THOMAS
BANAS, JILL N
**Taxpayer ID #:** **-***3397
**Period Ending:** 04/05/11

**Trustee:** BRADLEY J. WALLER (330500)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****29-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/18/09 | | From Account #********2965 | | 9999-000 | 6,015.75 | | 6,015.75 |
| 09/22/09 | 101 | U.S. Bankruptcy Court | Adversary filing fee | 2700-000 | | 250.00 | 5,765.75 |
| 11/13/09 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,351.58, Trustee Compensation;  Reference: | 2100-000 | | 1,351.58 | 4,414.17 |
| 11/13/09 | 103 | BRADLEY J. WALLER | Dividend paid 100.00% on $100.00, Trustee Expenses;  Reference: | 2200-000 | | 100.00 | 4,314.17 |
| 11/13/09 | 104 | Capital Recovery One | Dividend paid 7.52% on $621.95; Claim# 1; Filed: $621.95; Reference: | 7100-000 | | 46.81 | 4,267.36 |
| 11/13/09 | 105 | Discover Bank/DFS-Services, LLC | Dividend paid 7.52% on $4,103.87; Claim# 2; Filed: $4,103.87; Reference: | 7100-000 | | 308.84 | 3,958.52 |
| 11/13/09 | 106 | American Express Centurion Bank | Dividend paid 7.52% on $5,087.89; Claim# 3; Filed: $5,087.89; Reference: | 7100-000 | | 382.89 | 3,575.63 |
| 11/13/09 | 107 | American Express Centurion Bank | Dividend paid 7.52% on $3,678.22; Claim# 4; Filed: $3,678.22; Reference: | 7100-000 | | 276.80 | 3,298.83 |
| 11/13/09 | 108 | Chase Bank USA | Dividend paid 7.52% on $2,788.88; Claim# 5; Filed: $2,788.88; Reference: | 7100-000 | | 209.87 | 3,088.96 |
| 11/13/09 | 109 | Chase Bank USA | Dividend paid 7.52% on $870.70; Claim# 6; Filed: $870.70; Reference: | 7100-000 | | 65.52 | 3,023.44 |
| 11/13/09 | 110 | Target National Bank | Dividend paid 7.52% on $470.01; Claim# 7; Filed: $470.01; Reference: | 7100-000 | | 35.37 | 2,988.07 |
| 11/13/09 | 111 | eCAST Settlement Corporation HSBC - Best Buy | Dividend paid 7.52% on $5,165.11; Claim# 8; Filed: $5,165.11; Reference: | 7100-000 | | 388.69 | 2,599.38 |
| 11/13/09 | 112 | Household Bank (SB), N.A. (Bon Ton) | Dividend paid 7.52% on $1,060.80; Claim# 9; Filed: $1,060.80; Reference: | 7100-000 | | 79.83 | 2,519.55 |
| 11/13/09 | 113 | eCAST Settlement Corporation HSBC Menards | Dividend paid 7.52% on $3,153.20; Claim# 10; Filed: $3,153.20; Reference: | 7100-000 | | 237.29 | 2,282.26 |
| 11/13/09 | 114 | eCAST Settlement Corporation HSBC Menards | Dividend paid 7.52% on $1,647.54; Claim# 11; Filed: $1,647.54; Reference: | 7100-000 | | 123.98 | 2,158.28 |
| 11/13/09 | 115 | LVNV Funding LLC its successors and assigns as Citibank | Dividend paid 7.52% on $7,900.23; Claim# 12; Filed: $7,900.23; Reference: | 7100-000 | | 594.52 | 1,563.76 |
| 11/13/09 | 116 | LVNV Funding LLC its successors and assigns as Citibank | Dividend paid 7.52% on $1,273.80; Claim# 13; Filed: $1,273.80; Reference: | 7100-000 | | 95.86 | 1,467.90 |
| 11/13/09 | 117 | LVNV Funding LLC its successors and assigns as Citibank | Dividend paid 7.52% on $2,490.01; Claim# 14; Filed: $2,490.01; Reference: | 7100-000 | | 187.38 | 1,280.52 |
| 11/13/09 | 118 | LVNV Funding LLC its successors and assigns as Citibank | Dividend paid 7.52% on $458.73; Claim# 15; Filed: $458.73; Reference: | 7100-000 | | 34.52 | 1,246.00 |
| 11/13/09 | 119 | LVNV Funding LLC its successors and assigns as Citibank | Dividend paid 7.52% on $507.35; Claim# 16; Filed: $507.35; Reference: | 7100-000 | | 38.18 | 1,207.82 |
| 11/13/09 | 120 | AMERICAN INFOSOURCE LP AS | Dividend paid 7.52% on $4,892.73; Claim# 17; | 7100-000 | | 368.20 | 839.62 |

Subtotals :  $6,015.75   $5,176.13

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 07-07945  
**Case Name:** BANAS, THOMAS  
BANAS, JILL N  
**Taxpayer ID #:** **-***3397  
**Period Ending:** 04/05/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****29-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | AGENT FOR FIA Cards | Filed: $4,892.73; Reference: | | | | |
| 11/13/09 | 121 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card | Dividend paid  7.52% on $5,368.39; Claim# 18; Filed: $5,368.39; Reference: | 7100-000 | | 403.99 | 435.63 |
| 11/13/09 | 122 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card | Dividend paid  7.52% on $5,788.81; Claim# 19; Filed: $5,788.81; Reference: | 7100-000 | | 435.63 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,015.75 | 6,015.75 | $0.00 |
| | | | Less: Bank Transfers | | 6,015.75 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6,015.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,015.75** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-07945  
**Case Name:** BANAS, THOMAS  
BANAS, JILL N  
**Taxpayer ID #:** **-***3397  
**Period Ending:** 04/05/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****29-65** | 6,015.75 | 0.00 | 0.00 |
| **Checking # ***-*****29-66** | 0.00 | 6,015.75 | 0.00 |
| **Checking # 9200-******29-66** | 0.00 | 0.00 | 0.00 |
| | **$6,015.75** | **$6,015.75** | **$0.00** |

{} Asset reference(s)

Printed: 04/05/2011 10:24 AM    V.12.56